IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MARILYN A. ROBINSON,** | : | |
| Claimant, | : | **Civil Action No.** |
| | : | **5:07-CV-394 (CAR):** |
| v. | : | |
| | : | Social Security Appeal |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER ON REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 19] to uphold the Commissioner's decision to deny Claimant disability benefits. The Court has thoroughly considered Claimant's Objection [Doc. 20], and has made a *de novo* determination of the portions of the Recommendation to which Claimant objects. After careful consideration, however, the Court ultimately agrees with the conclusions of the Magistrate Judge. The Recommendation is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED this 13th day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge

jlr